# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-310
_____

ALBERT STEPHENS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 11, 2020

PER CURIAM.

DENIED.

LEWIS, ROBERTS, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Albert Stephens, pro se, Petitioner.

No appearance for Respondent.